UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOLAN M. SNIPES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 15-02295-PA (GJS))<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objection to the Report.  Pursuant to 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters set forth in the Objection to the Report.

　　　Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that this case is REMANDED to the Commissioner for further proceedings consistent with

the Report and that the clerk shall serve a copy of this Order and the Judgment on all counsel or parties of record.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 4, 2016.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2