EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOLAN M. SNIPES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-02295-PA-GJS<br><br>**[PROPOSED]**<br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($6,600.00), and costs in the amount of SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($750.00) subject to the terms of the stipulation.

DATED:  April 22, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE